■ CHRISTOPHER TAYLOR, Appellant, v VILLAGE OF ILION, Respondent and Third-Party Plaintiff. SPORTING GOODS PROPERTIES, INC., Third-Party Defendant-Respondent. [648 NYS2d 362] —Order unanimously modified on the law and as modified affirmed with costs to plaintiff in accordance with the following Memorandum: Supreme Court improvidently exercised its discretion in granting defendant's motion for leave to serve a second amended answer. It is well settled that, absent surprise or prejudice, leave to amend pleadings is to be "freely given" (CPLR 3025 [b]) and that the determination whether to grant leave to amend is a matter addressed in the first instance to the discretion of the trial court (*see, Edenwald Contr. Co. v City of New York*, 60 NY2d 957, 959; *Faracy v McGraw Edison Corp.*, 229 AD2d 463). Here, plaintiff demonstrated that he would be significantly prejudiced by defendant's delayed assertion of the Statute of Limitations as an affirmative defense (*cf., Wirhowski v Hudson Armored Car & Courier Serv.*, 221 AD2d 523; *see generally*, Siegel, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR C3025:5, at 356).

In all other respects, the order is affirmed. (Appeal from Order of Supreme Court, Herkimer County, Parker, J.—Amend Pleading.) Present—Green, J. P., Pine, Wesley, Davis and Boehm, JJ.